IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROSE DIANE HOEFAR**                                                                                **PLAINTIFF**

**vs.**                      **CASE NO. 4:11CV000741 JMM**

**LONOKE COUNTY, ARKANSAS**                                             **DEFENDANT**

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are dismissed as moot.

The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this   17   day of   May  , 2012.

_____
James M. Moody
United States District Judge